AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br>HAROLD MATTHEW MCFADDEN<br>BRYANT CHRISTOPHER FORD<br><br>*Defendant(s)* | Case No. 3:15-mj-00064 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 19, 2015 - June 16, 2015__ in the county of __Sumter and Aiken__ in the _____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 841 and 846 | Conspiracy to possess with intent to distribute and to distribute cocaine. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Kevin E. Conroy, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 17, 2015

_____
Judge's signature

City and state: Columbia, South Carolina

Shiva V. Hodges, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINTS

I, Kevin E. Conroy, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state under oath as follows:

## INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, and I have served in that capacity since April 1995. I have served on the drug and violent crime squad in Columbia, South Carolina from November 2008 until present. Prior to that, I served on a Violent Crimes/Major Offenders task force in White Plains, NY. As a case agent, I have prepared and sworn to Title III affidavits and participated in the preparation of several other Title III affidavits for the FBI that were utilized in major narcotics and gang investigations. Through my training, education, and experience, I have become familiar generally with the manner in which illegal drugs are imported and distributed, the method of payment for such drugs, and the efforts of persons involved in such activity to avoid detection by law enforcement. As part of my duties as an FBI Special Agent, I have participated in investigations involving the use of Title III wiretaps on more than 75 target telephones. Additionally, I have received training, both formal and informal, in the operation of drug trafficking, money laundering, and wiretap investigations. In 2004, the FBI formed the Columbia Violent Gang Task Force (CVGTF). The CVGTF is an FBI led joint task force consisting of the FBI, South Carolina State Law Enforcement Division (SLED), Richland County Sheriff's Department (RCSD), and the Columbia Police Department (CPD). I am one of the lead case agents for the task force investigations, which typically involve violations of Title 18 and Title 21 of the United States Code.

2. I am submitting this Affidavit in support of the belief that there is probable cause to issue arrest warrants for the following individuals: Harold Matthew MCFADDEN[1] (hereinafter MCFADDEN); and Bryant Christopher FORD[2] (hereinafter FORD).

3. The following paragraphs are furnished to establish probable cause in support of the arrest warrants. I am familiar with this investigation through personal knowledge and through other law enforcement officers. I have good reason to believe and do believe that all of the information provided to me and contained herein is credible and true. I have asserted belief statements throughout this affidavit. These belief statements are based on my training and experience in conducting complex investigations of criminal enterprises to include violent street gangs and high-level drug traffickers.

---

[1] MCFADDEN is a black male, with a date of birth of October 24, 1985.
[2] FORD is a black male, with a date of birth of March 14, 1976.

## BACKGROUND OF THE INVESTIGATION

4. On March 2, 2015 pursuant to a valid federal wiretap order, and as part of an ongoing FBI investigation in the District of South Carolina (the "Investigation"), the FBI began intercepting communications taking place on a cellular phone belonging to MCFADDEN. The FBI ceased intercepting calls on MCFADDEN's phone on March 31, 2015. The intercepted communications from MCFADDEN's phone revealed that MCFADDEN was communicating with FORD regarding multiple drug transactions involving kilogram quantities of cocaine, where FORD would supply MCFADDEN with cocaine.

5. On May 19, 2015, pursuant to a valid federal wiretap order, and as part of the Investigation, the FBI began intercepting communications and receiving location data taken from FORD's cellular phone.

6. On two separate occasions after the FBI began intercepting FORD's calls and location data, FORD and MCFADDEN discussed transactions where FORD would supply MCFADDEN with cocaine. After each such discussion, FORD would travel from his home in Mableton, GA towards South Carolina and MCFADDEN would travel from South Carolina toward Atlanta, GA.

7. On June 15, 2015, an intercepted communication from FORD's phone revealed that FORD and MCFADDEN were going to meet sometime "in the morning". Based on this communication agents believed that FORD and MCFADDEN would be meeting on the morning of June 16, 2015 to conduct a drug transaction.

8. At approximately 1:43 a.m., information obtained from the wire showed that FORD was already on the way to meet MCFADDEN. Information obtained from the wire showed that that FORD advised MCFADDEN that FORD would be waiting on MCFADDEN.

9. At approximately 3:22 a.m., information obtained from the wire showed that FORD was traveling east from Mableton, GA on Interstate 20 toward South Carolina.

10. At approximately 3:58 a.m., information obtained from the wire showed that FORD had reached the meeting spot somewhere near exit 195 off of Interstate 20, near the South Carolina border.

11. At approximately 5:16 a.m., information obtained from the wire showed that FORD was asking MCFADDEN how far he was, and MCFADDEN told him that he was about ten minutes out. A short time later, a communication was intercepted wherein FORD told MCFADDEN they were going to meet at the "school".

12. At approximately 6:04 a.m., information obtained from the wire showed that FORD was travelling back towards Atlanta, GA.

13. At approximately 6:08 a.m., Task Force Officer ("TFO") Roderick Green spotted MCFADDEN, traveling east at exit 11 off of Interstate 20, in a silver Dodge Caravan, SC tag 2067GX (2009 Dodge Caravan registered to Harold Matthew McFadden, 50 Parliament Court, Sumter, SC 29154).

14. At approximately 6:15 a.m., South Carolina State Troopers conducted an interdiction stop of MCFADDEN's vehicle. The stop was conducted at mile marker 14 in Aiken County, South Carolina by L.Cpl. Matt Moser of Troop 7. L.Cpl. Kenny Bird was the K-9 handler, with K-9 KJ. KJ alerted on both the driver side and passenger side door handles of the vehicle. A subsequent search of the vehicle produced five kilograms of suspected cocaine hidden in a trap compartment inside the dashboard. A subsequent field test of one of the kilograms tested positive for cocaine.

15. A subsequent search of the vehicle produced paperwork showing that FORD was the previous owner of the vehicle and had sold it to MCFADDEN.

16. Information obtained from the wire showed that FORD traveled back to his residence at 6191 Trumbul Oaks Court, Mableton, GA 30126. This address has been verified as being a residence of FORD's through searches of public databases.

17. At approximately 8:38 a.m., TFO Andrew Jerram witnessed a black male pull into the garage of 6191 Trumbul Oaks Court. The garage door then closed completely. Nobody exited the vehicle before the garage door closed. The vehicle was a white Infinity sports utility vehicle (SUV), Florida tag EED 013 (During intercepts over FORD's phone, during which he was meeting with other people, he advised those unidentified people that he was driving a white Infinity).

18. At approximately 8:53 a.m. the white Infiniti SUV pulled out, and a black male believed to be FORD exited the vehicle. He was wearing black shorts and a blue t-shirt. The black male returned a moment later with a young black male toddler and departed in the vehicle. The black male was carrying a black duffle bag.

19. Information obtained from the wire showed that FORD traveled less than a mile from his house where he remained for several hours.

20. On July 16, 2015, the Honorable Janet F. King, United States Magistrate Judge for the Northern District of Georgia, issued a search warrant for 6191 Trumbul Oaks Court, Mableton, GA. Agents executed the search warrant at approximately 5:00 pm and located approximately $150,000.00 (the proceeds from the drug sale to MCFADDEN). Agents also located approximately 28 grams of cocaine in the residence, nine cell phones, four Rolex watches, an industrial size money counter, miscellaneous paperwork regarding residency and banking information, and drug and money packaging items to include plastic bags and a vacuum sealer. At this time, a complete count of the United States currency has not been completed, but it is estimated to be at least $150,000.00. Based on my training and experience, this amount would be consistent with the cost of five kilograms of cocaine. Some dealers allow for a lower price for a kilogram of cocaine if the purchaser buys multiple kilograms, and the current cost of a kilogram of cocaine can range anywhere from $30,000.00 to $43,000.00. It is my belief, based on conversations and SMS text messages over a TIII on FORD's phone, that the money seized at FORD's residence is the proceeds from the sale of the five kilograms of cocaine that were seized from MCFADDEN.

21. During the execution of the search warrant, FORD was present at the residence at 6191 Trumbul Oaks Court. He was the only occupant in the residence at the time of the search. For safety reasons, FORD was restrained while Agents conducted the search. At the time of the entry, FORD was wearing a pair of gym shorts and a t-shirt and did not have anything on his person.

## CONCLUSION

22. Based on the above facts and circumstances, I believe there is probable cause to issue arrest warrants for Harold Matthew MCFADDEN and Bryant Christopher FORD on the charges of conspiracy to possess with intent to distribute cocaine, in violation of Title 21, United States Code §§ 841 and 846.

This affidavit has been reviewed by AUSA J.D. Rowell.

Kevin E. Conroy, Special Agent

Sworn to and subscribed before me
This 17 day of June 2015

Shiva V. Hodges
United States Magistrate Judge